USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Rikers West Facility Coordinated Cases – Second Set**

*This filing relates to*: All Coordinated Cases – Second Set

25-CV-7894 (AT) (BCM)
25-CV-7896 (AT) (BCM)
25-CV-7961 (AT) (BCM)
25-CV-7963 (AT) (BCM)
25-CV-8463 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The five above-referenced related cases were all initiated between September 19 and October 14, 2025, by means of identical letters, addressed to Chief District Judge Laura Taylor Swain, regarding alleged constitutional violations at the West Facility on Rikers Island, where each plaintiff was held at the time the letters were submitted. In this Order, the Court coordinates these five cases for motion practice and, if necessary, discovery, under the caption *In re Rikers West Facility Coordinated Cases – Second Set*, and sets a briefing schedule for motion practice.

## Background

On October 14 and November 5, 2025, this Court coordinated 16 earlier-filed actions, based on the same initiating letter, under the caption *In re Rikers West Facility Coordinated Cases*. *See* Coordination Order (Dkt. 19); Amended Coordination Order (Dkt. 24), *In re: Jose Davila*, No. 25-CV-4515 (S.D.N.Y. Oct. 14 and Nov. 5, 2025).

On August 14, 2026, after the City of New York (City) moved to dismiss the 16 coordinated actions pursuant to Fed. R. Civ. P. 12(b)(6), this Court recommended that the City's motion be granted, in some cases with prejudice, *see* Report and Recommendation (Dkt. 40), *In re: Jose Davila* (August 14, 2026), and on September 28, 2026, the Hon. Analisa Torres, United States District Judge, agreed with that recommendation and dismissed all 16 coordinated actions, in some cases with prejudice. *See* Order Adopting Report and Recommendation (Dkt. 41), *In re: Jose Davila* (Sept. 28. 2026).

Meanwhile, on August 5, 2026, this Court stayed proceedings in four of the above-titled cases (Nos. 25-CV-7894, 25-CV-7896, 25-CV-7961, and 25-CV-8563) pending the outcome of the motions to dismiss the 16 coordinated actions. *See*, *e.g.*, Order (Dkt. 22), *Cherry v. West Facility*, No. 25-CV-8462 (S.D.N.Y. Aug. 5, 2026). On August 18, 2026, this Court stayed proceedings in No. 25-CV-7963 for the same reason. *See* Order (Dkt. 12), *Powell v. City of New York*, No. 25-CV-7963 (S.D.N.Y. Aug. 18, 2026).

On October 2, 2026 – after the 16 coordinated actions were dismissed – the City requested that the Court take judicial notice of its Order Adopting Report and Recommendation and dismiss the five above-referenced cases on the same grounds. *See*, *e.g.*, Letter (Dkt. 25), *Cherry v. West Facility* (Oct. 2, 2026). On November 2, 2026, Judge Torres denied that request and referred all five cases to me for general pretrial management and report and recommendation on the City's

(actual or forthcoming) motions to dismiss. *See*, *e.g.,* Order (Dkt. 27), *Cherry v. West Facility* (Nov. 2, 2026).[1]

**Coordination**

The five above-referenced case (hereafter, the Coordinated Cases – Second Set) are hereby coordinated (a) for purposes of the City's omnibus motion to dismiss plaintiffs' claims, as discussed below; and (b) as to any of the Coordinated Cases – Second Set that remain pending after decision on the motion to dismiss, for purposes of discovery, scheduling and other non-dispositive pretrial proceedings.

**Motion to Dismiss**

The stay previously entered in each of the Coordinated Cases – Second Set is hereby LIFTED. The City may file an omnibus motion to dismiss in each of the Coordinated Cases – Second Set. Briefing for the City's omnibus motion to dismiss will proceed as follows:

1. The City's motion to dismiss is due no later than **November 25, 2026**;

2. Plaintiffs' opposition papers are due no later than **January 25, 2027**; and

3. The City's reply papers, if any, are due no later than **February 25, 2027**.

**Captioning and Filing Convention**

The Court hereby adopts the following captioning and filing convention for the Coordinated Cases – Second Set:

The parties shall use the caption set forth above. If the filing relates to all of the Coordinated Cases – Second Set, the caption shall so state, as shown above, and shall list all coordinated docket numbers. If the filing relates to one or more, but less than all, of the Coordinated Cases – Second Set, the caption shall likewise so state.

For example:

| | |
|---|---|
| **In Re Rikers West Facility Coordinated Cases – Second Set**<br><br>*This filing relates to*: Coordinated Case – Second Set, Case No. 25-CV-7894 | 25-CV-7894 (AT) (BCM)<br><br>**NOTICE OF MOTION** |

[1] On August 4, 2026, the City filed a formal motion to dismiss in one of the five above-referenced cases. *See* Motion to Dismiss (Dkt. 19), *Cherry v. West Facility* (Aug. 4, 2026). In the other four Consolidated Cases – Second Set, the City has not yet filed a motion to dismiss.

The parties are cautioned that, because these actions are coordinated (not consolidated), there is no single consolidated docket. Consequently, it is the responsibility of the parties to electronically file their motions, letters, and other submissions, via ECF, in each relevant docket.

**Docket Management**

The Clerk of Court is respectfully directed to:

1. remove the stay notice in Nos. 25-CV-7894, 25-CV-7896, 25-CV-7961, 25-CV-7963, and 25-CV-8463;

2. close the motions at Dkt. 17 in No. 25-CV-7963 and Dkt. 19 in No. 25-CV-8463;

3. update each docket (if needed) with the plaintiff's most recent mailing address, as shown below; and mail this order to each plaintiff at that address.

| **Plaintiff** | **Case No.** | **Address** |
|---|---|---|
| Lewis Doctor | 25-CV-7894 | Lewis Doctor<br>NYSID: 05763278Q<br>West Facility Annex<br>16-06 Hazen Street<br>East Elmhurst, NY 11370 |
| Manuel Soto | 25-CV-7896 | Manuel Soto<br>DIN: 26R3249<br>Marcy Correctional Facility<br>9000 Old River Road<br>P.O. Box 3600<br>Marcy, NY 13403-5000 |
| Jusin Jenkins | 25-CV-7961 | Justin Jenkins<br>DIN: 26R2318<br>Franklin Correctional Facility<br>62 Bare Hill Road<br>P.O. Box 10<br>Malone, NY 12953-0010 |
| Tyriq Powell | 25-CV-7963 | Tyriq Powell<br>DIN: 26B2530<br>Auburn Correctional Facility<br>135 State Street<br>P.O. Box 618<br>Auburn, NY 13021 |
| Lamont Cherry | 25-CV-8463 | Lamont Cherry<br>DIN: 26R2959<br>Fishkill Correctional Facility<br>18 Strack Drive<br>P.O. Box 1245<br>Beacon, NY 12508-0307 |

Dated: New York, New York
November 10, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**